CELIUS GRAY

VERSUS

JOSEPH P. LOPINTO, III, SHERIFF

NO. 24-K-354

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

August 20, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** CELIUS GRAY

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 20-5560

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

## WRIT GRANTED FOR A LIMITED PURPOSE

Relator, Celius Gray, seeks a writ of mandamus ordering the 24th Judicial District Court to rule on his pending writs of habeas corpus he claims he filed in February and June 2024. Relator avers he was arrested on October 15, 2020 and charged with first degree rape, theft less than $1,000 and resisting by false ID; he states that he has been incarcerated since the date of his arrest and the rape charge is based on a "groundless accusation" made against him.

According to the official court record, in December 2020, a sanity commission was appointed at the State's request. In February 2021, a grand jury indicted Relator on charges of first degree rape in violation of La. R.S. 14:42. The district court found Relator incompetent to stand trial in August 2021, and remanded him to the Eastern Louisiana Mental Health System/Forensic Division ("ELMHS") for inpatient competency restoration services. In December 2022, the court found that Relator's competency had been restored and he was competent to stand trial. The next day, counsel for Relator filed a Motion for Mental Health Examination to Determine Sanity at the Time of the Offense.

After a sanity hearing at the beginning of February 2023, the court signed an order for Relator's Pre-Trial Commitment. The court once again found Relator incompetent to stand trial and remanded him to ELMHS for competency restoration. After several continuances, another sanity hearing was held on March 6, 2024. According to the minute entry from that date, Relator was found "incompetent to proceed". Relator filed Writs of Habeas Corpus with the district court on March 14, 2024 and July 16, 2024. The district court has not ruled on either of the motions to date, but has set Relator's pro se Motion for Substitution of

Counsel for hearing on September 17, 2024. Further, Relator has filed "Petition for a Writ of Prohibition" with this court, requesting mandamus relief, and an additional Writ of Habeas Corpus requesting to be brought "before a court".

"When the question of the defendant's mental incapacity to proceed is raised, there shall be no further steps in the criminal prosecution, except the institution of prosecution, until the defendant is found to have the mental capacity to proceed." La. C.Cr.P. art. 642. The proceedings shall be suspended once the court finds the defendant incompetent. La. C.Cr.P. art. 648(A). Therefore, it appears that Relator is not entitled to mandamus relief, as the trial court has suspended all proceedings once he was found "incompetent to proceed".

However, while Relator was committed to the Feliciana Forensic Facility[1] in March 2024, it appears that he is currently being held in the Jefferson Parish Correctional Center ("JPCC"). The Court notes that if a defendant is held in parish prison for 180 days after the determination that he lacks capacity to proceed, the district court must order a status conference pursuant to La. C.Cr.P. art. 648(A)(2)(d). We further observe that the "DISPOSITION" for this case listed in the official court record indicates that, on March 6, 2024, the case was marked "Closed by Minute Clerk: Found incompetent." That notation suggests that the district court may have ruled Relator incompetent under La. C.Cr.P. art. 648(B), which would have required the district court to take a number of other actions after the March 2024 hearing.

Considering the foregoing, the writ is granted for a limited purpose. The district court is ordered to rule on Relator's writs of habeas corpus, or provide reasons to this Court why it cannot, within 15 days of this disposition.

Gretna, Louisiana, this 20th day of August, 2024.

**MEJ**
**SUS**
**TSM**

---

[1] "Feliciana Forensic Facility" and "Eastern Louisiana Mental Health System/Forensic Division ("ELMHS")" are interchangeable terms for the State mental health facility located in Jackson. See La. R.S. art. 28:25.1(A).

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/20/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-354**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Celius Gray #1000677028 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054